[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 134.]

THE STATE EX REL. NEUMANN, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLEE.

[Cite as *State ex rel. Neumann v. Indus. Comm.*, 1998-Ohio-153.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Gay relief ordered.*

(No. 96-2444—Submitted July 15, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD12-1648.

————————————

*Mitchell, Allen, Catalano & Boda Co., L.P.A., William A. Catalano* and *Richard A. Cline*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Laurel Blum Mazorow*, Assistant Attorney General, for appellee.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents.

COOK and LUNDBERG STRATTON, JJ., dissent.

————————————

**LUNDBERG STRATTON, J., dissenting.**

{¶ 2} I dissent and would affirm the court of appeals.

COOK, J., concurs in the foregoing dissenting opinion.

————————————